```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 27260
   CAROL J HEARD
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0769

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/22/2004 and was confirmed 10/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
ALLIANT CREDIT UNION       SECURED           15200.00       1207.73       15200.00
ALLIANT CREDIT UNION       UNSECURED          3944.61           .00         394.46
ADVOCATE HEALTH CARE       UNSECURED        NOT FILED           .00            .00
ADVOCATE HEALTH CARE       UNSECURED        NOT FILED           .00            .00
ADVOCATE HEALTH CARE       UNSECURED        NOT FILED           .00            .00
ADVOCATE HEALTH CARE       UNSECURED        NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          3589.70           .00         358.97
CAPITAL ONE BANK           UNSECURED           454.18           .00          45.42
CAPITAL ONE BANK           UNSECURED           560.27           .00          56.03
HOME DEPOT                 UNSECURED        NOT FILED           .00            .00
I C COLLECTION SERVICE     UNSECURED        NOT FILED           .00            .00
JC PENNEY                  UNSECURED        NOT FILED           .00            .00
RETAILERS NATIONAL BANK    UNSECURED          1250.50           .00         125.05
NORDSTROM FSB              UNSECURED          1629.29           .00         162.93
PARENT & CHILD MAGAZINE    UNSECURED        NOT FILED           .00            .00
RETAILERS NATIONAL BANK    UNSECURED        NOT FILED           .00            .00
RODALE BOOKS               UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED           310.62           .00          31.06
TRUSTMARK RECOVERY         UNSECURED        NOT FILED           .00            .00
VISA                       UNSECURED        NOT FILED           .00            .00
WAL MART STORES INC        UNSECURED        NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED           740.67           .00          74.07
ALLIANT CREDIT UNION       UNSECURED          8050.85           .00         805.09
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,905.20                      1,905.20
TOM VAUGHN                 TRUSTEE                                         1,245.90
DEBTOR REFUND              REFUND                                            243.09

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
```

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 27260 CAROL J HEARD

```
TRUSTEE                                   21,855.00

PRIORITY                                                        .00
SECURED                                                   15,200.00
    INTEREST                                               1,207.73
UNSECURED                                                  2,053.08
ADMINISTRATIVE                                             1,905.20
TRUSTEE COMPENSATION                                       1,245.90
DEBTOR REFUND                                                243.09
                                     ---------------   ---------------
TOTALS                                   21,855.00        21,855.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/20/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 04 B 27260 CAROL J HEARD